# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00188-CV

**Gregory A. Littlefield, Appellant**

**v.**

**Nancy G. Littlefield, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-FM-11-003960, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant has filed an unopposed motion to stay the appeal while the parties pursue alternative dispute resolution. We grant the motion and abate the appeal. Appellant is ordered to provide a status report by October 15, 2014, explaining whether the parties have resolved their dispute and will be moving to dismiss the appeal, need additional time, or are ready to pursue the appeal. If a status report is not filed by that date, the appeal will be reinstated and appellant's brief will be due on October 31, 2014.

Before Justices Puryear, Pemberton, and Field

Abated

Filed: August 15, 2014